COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 November 9, 2016
 No. 10-16-00266-CR
 THE STATE OF TEXAS
 v.
 JOSEPH A. PEREZ
 
 center-4254500
 From the 21[st] District Court
 Burleson County, Texas
 Trial Court No. 14,911
 
--------------------------------------------------------------------------------
JUDGMENT

 The State's motion to dismiss its notice of appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK297688022923500

 By: ___________________________
1187937781538500 Nita Whitener, Deputy Clerk